In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00297-CV
NO. 09-19-00321-CV
_____

**BROCK HOLDINGS III, LLC AND CUSTOM BLAST SERVICES INC.,
Appellants**

**V.**

**PARTNER INDUSTRIAL COATINGS LP, PARTNER INDUSTRIAL, LP,
AND TODD BROCK, Appellees**

**On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. B-203,903**

**ORDER**

Appellees Partner Industrial Coatings LP, Partner Industrial, LP, and Todd Brock have filed an unopposed motion to abate these accelerated appeals, in which appellees represent that the parties are in "advanced stages of coming to a settlement of their disputes which will include the dismissal of the instant appeal[s]." Appellees

1

ask that we abate these accelerated appeals until February 28, 2020, to effectuate settlement. Accordingly, we grant the motion, abate the appeals, and permit proceedings in the trial court to effectuate the parties' anticipated agreement. *See* Tex. R. App. P. 42.1(a)(2)(C).

These accelerated appeals shall be abated until Monday, March 2, 2020. The appeals will be reinstated without further order of the Court. If an agreement is finalized by that date, a motion to dismiss shall be filed with this Court.

ORDER ENTERED February 6, 2020.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.